UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-CV-23234-JEM

WILLIAM BERTONE, JOHAN MANDIC, and
IRALDO PIERFRANCESCO,

    Plaintiffs,

vs.

IL GIARDINO, LLC d/b/a Il Giardino, a Florida limited liability company, BARBRA PELLIGRINI, an individual, and IMAM DUZ, an individual,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR TWO-DAY EXTENSION OF TIME
TO FILE STATEMENTS OF CLAIMS**

COME NOW Plaintiffs WILLIAM BERTONE, JOHAN MANDIC, and IRALDO PIERFRANCESCO ("Plaintiffs"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(B) hereby file their Motion for Two-Day Extension of Time to Respond to File Statements of Claims, and in support thereof states:

**RELEVANT PROCEDURAL HISTORY**

1.    Plaintiffs were ordered to file their statements of claims on or before September 18, 2017. DE 5.

2.    Due to Hurricane Irma, undersigned counsel's office was closed from September 7 – 17, 2017, and has had interrupted internet and phone service (which is internet-based) this current week also.

1

3. In addition, because of cellphone issues and power outages the undersigned has been unable to meet with these plaintiffs until today in preparation of Plaintiffs' statements of claim.

4. The Defendants have not appeared in this case.

5. Accordingly, Plaintiffs respectfully request a two-day extension of time to file their statements of claim, which are attached to this Motion.

6. "A district court retains the inherent authority to manage its own docket." *Wilson v. Farley*, 203 Fed. Appx. 239, 250 (11th Cir. 2006), *cert. den.*, 549 U.S. 1351 (2007); *Mingo v. Sugar Cane Growers Co-op. of Florida*, 864 F.2d 101, 102 (11th Cir. 1989)(same).

7. Under Rule 6(b)(1), Fed. R. Civ. P., "when an act may or must be done within a specified time, the court may, for good cause shown, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect."

8. Plaintiffs' counsel believes that the closure of his office, loss of power and internet access, and inability to adequately confer with the plaintiffs due to these constraints constitute excusable neglect.

9. This extension is sought in good faith and not for purposes of delay.

10. Defendants will not suffer any prejudice if the instant Motion is granted and Defendants have not yet appeared.

11. Accordingly, Plaintiffs respectfully request that the Court grant them the relief sought.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant the instant Motion in its entirety, enter an Order extending Plaintiffs' time to file their statements of claim through and including Wednesday, September 20, 2017, and for such other and further relief as is just and

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

proper.

Respectfully Submitted this 20th day of September, 2017.

By: __s/Robert W. Brock II__
Robert W. Brock II, Esq.
Florida Bar No. 75320
robert@ kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **September 20, 2017**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: __s/Robert W. Brock II__
Robert W. Brock II, Esq.
Florida Bar No. 75320

3

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808