UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-CV-23234-JEM

WILLIAM BERTONE, JOHAN MANDIC, and
IRALDO PIERFRANCESCO,

    Plaintiffs,

vs.

STATEMENT OF CLAIMS

IL GIARDINO, LLC d/b/a Il Giardino, a Florida limited liability company, BARBRA PELLIGRINI, an individual, and IMAM DUZ, an individual,

    Defendants.

_____/

## STATEMENTS OF CLAIMS

COME NOW Plaintiffs WILLIAM BERTONE, JOHAN MANDIC, and IRALDO PIERFRANCESCO ("Plaintiffs") and files their Statements of Claims of unpaid minimum and overtime wages, pursuant to Court Order DE 5.[1] At this time, Plaintiffs are not in possession of their time and pay records throughout the relevant time period, and reserve their right to amend as litigation proceeds.

**For Plaintiff WILLIAM BERTONE**

**Period Claimed:** September, 2016 to December, 2016, and February, 2017 to July, 2017.

**Weeks:** 35, approximately.

**Hours Worked:** Bertone worked an estimated 45 hours per week as a non-exempt hourly employee (server) throughout his employment.

---

[1] Plaintiffs' statement of claims was due by Monday, September 18, 2017, but because of power and internet outages due to Hurrican Irma, and subsequent inability to meet with Plaintiffs, the undersigned is

1

**WAGES OWED:**

**Minimum Wages – Tip Credit**

| Year | Weeks Worked | Hours Worked | Minimum wage | Wage Paid | Difference | Minimum Wage Owed |
|---|---|---|---|---|---|---|
| 2016 | 13 | 40 | $8.05 | $7.00 | $1.05 | $546.00 |
| 2017 | 10 | 40 | $8.10 | $7.00 | $1.10 | $440.00 |
| 2017 | 12 | 40 | $8.10 | $5.08 | $3.02 | $1,449.60 |

**Total Minimum Wages Owed (Actual): $2,435.60**

**Minimum Wages – Off-the-Clock**

| Year | Weeks Worked | Hours Worked | Minimum wage | Wage Paid | Difference | Minimum Wage Owed |
|---|---|---|---|---|---|---|
| 2016 | 13 | 5 | $8.05 | $0.00 | $8.05 | $3,018.60 |
| 2017 | 10 | 5 | $8.05 | $0.00 | $8.05 | $3,018.60 |
| 2017 | 12 | 5 | $8.10 | $0.00 | $8.10 | $526.50 |

**Total Minimum Wages Owed (Actual): $6,563.78**

**Overtime Wages – Off-the-clock**

| Year | Weeks Worked | OT Hours Worked | OT Wage | OT Paid | Difference | Overtime Wage Owed |
|---|---|---|---|---|---|---|
| 2015 | 52 | 5 | $12.075 | $0.00 | $12.075 | $3,139.50 |
| 2016 | 52 | 5 | $12.075 | $0.00 | $12.075 | $3,139.50 |
| 2017 | 13 | 5 | $12.15 | $0.00 | $12.15 | $789.75 |

**Total Overtime Wages Owed (Actual): $7,068.75**

With an equal amount of liquidated damages for these willful violations, Bertone is owed a total of $32,136.26.

**For Plaintiff JOHAN MANDIC**

**Period Claimed:** January, 2017 through June, 2017.

**Weeks:** 26, approximately.

**Hours Worked:** Plaintiff worked an estimated 25 hours per week as a non-exempt hourly employee (server) throughout his employment.

2

**Applicable Wage:** Plaintiff was only paid an hourly wage two times during this time period, and was required to participate in an invalid tip share with the manager. The remainder of the time he worked solely for tips.

**WAGES OWED:**

**Minimum Wages – Tip Credit**

| Year | Weeks Worked | Hours Worked | Minimum wage | Wage Paid | Difference | Minimum Wage Owed |
|------|--------------|--------------|--------------|-----------|------------|-------------------|
| 2017 | 4 | 25 | $8.10 | $5.08 | $3.02 | $52.00 |

**Total Minimum Wages Owed (Actual): $302.00**

**Minimum Wages – Off-the-Clock**

| Year | Weeks Worked | Hours Worked | Minimum wage | Wage Paid | Difference | Minimum Wage Owed |
|------|--------------|--------------|--------------|-----------|------------|-------------------|
| 2017 | 22 | 25 | $8.10 | $0.00 | $8.10 | $526.50 |

**Total Minimum Wages Owed (Actual): $4,455.00**

With an equal amount of liquidated damages for these willful violations, Mandic is owed a total of $9,514.00.

**For Plaintiff IRALDO PIERFRANCESCO**

**Period Claimed:** February, 2017 through June, 2017.

**Weeks:** 22, approximately.

**Hours Worked:** Plaintiff worked an estimated 40 hours per week as a non-exempt hourly employee (server) throughout his employment.

**Applicable Wage:** Plaintiff was not paid an hourly wage during this time period, was required to participate in an invalid tip share with the manager, and he worked solely for tips.

**WAGES OWED:**

**Minimum Wages – Off-the-Clock**

| Year | Weeks Worked | Hours Worked | Minimum wage | Wage Paid | Difference | Minimum Wage Owed |
|---|---|---|---|---|---|---|
| 2017 | 22 | 40 | $8.10 | $0.00 | $8.10 | $526.50 |

**Total Minimum Wages Owed (Actual): $7,128.00**

With an equal amount of liquidated damages for these willful violations, Mandic is owed a total of $14,256.00.

**Attorneys' Fees and Costs:** Plaintiff's attorney has spent ten hours at $350.00 per hour ($3,500.00), and has $480.00 in costs for filing and service.

Respectfully submitted this 20th day of September, 2017.

By: __s/Robert W. Brock II__
Robert W. Brock II, Esq.
Florida Bar No. 75320
robert@kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **September 20, 2017**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: __s/Robert W. Brock II__
Robert W. Brock II, Esq.
Florida Bar No. 75320

4

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808