UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 17-23234-CV-JEM

WILLIAM BERTONE, JOHAN MANDIC
and IRALDO PIERFRANCESCO

   Plaintiff,

v.

IL GIARDINO, LLC d/b/a Il Giardino, a
Florida limited liability company, BARBARA
PELLIGRINI, an individual, and IMAM
DUZ, an individual,

   Defendants                     /

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants, IL GIARDINO, LLC, BARBARA PELLIGRINI, and IMAM DUZ, by and through their undersigned counsel, hereby file their Answer and Affirmative Defenses and state as follows:

1. Admit.

2. Admit.

3. Without knowledge therefore denied.

4. Without knowledge therefore denied.

5. Without knowledge therefore denied.

6. Admit.

7. Denied.

8. Denied.

9. Admit.

10. Admit.

11. Denied.

12. Denied.

13. Denied that all the "enterprise" was operated by all Defendants.

14. Admit as to Il Giardino, denied as to the remaining Defendants.

15. Admit.

16. Admit.

17. Admit.

18. Admit.

19. Admit.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Defendants reassert their responses to Paragraphs 1 to 25 as if fully set forth herein.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Defendants reassert their responses to Paragraphs 1 to 25 as if fully set forth herein.

32. Denied.

LAW OFFICES BECKER & POLIAKOFF, P.A.
121 ALHAMBRAPLAZA, 10TH FLOOR • • CORAL GABLES, FL  33134
TELEPHONE (305) 262-4433

33. Denied.

34. Denied.

35. Denied.

36. Defendants reassert their responses to Paragraphs 1 to 25 as if fully set forth herein.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

## AFFIRMATIVE DEFENSES

42. Plaintiff has failed to state a claim upon which relief may be granted.

43. Defendants had a good faith belief and reasonable grounds for believing that their actions or omissions were not a violation of the FLSA, and as such they are not liable for liquidated damages.

44. To the extent the Defendants failed to comply with any provision of the FLSA, such non-compliance was done in good faith and based upon reasonable grounds to believe that such conduct was not in violation of the FLSA (and was in fact compliant with all FLSA rules and regulations).

45. Any actions taken by the Defendants were not willful within the meaning of the FLSA, therefore, the two years statute of limitations applies.

46. Without admitting any violations of the FLSA, the *de minimus* rule applies to any alleged violations.

47. Plaintiffs were properly paid for all work, but should it be determined that some hours of work were not properly paid, which is denied, then such amounts were negligible and thus *de minimus*; therefore the Court should not give cognizance to the amount and should deny any recovery for such claim.

48. Plaintiff's claims are barred or, in the alternative, Defendants are entitled to a credit or set off against sums claimed by Plaintiffs, because Plaintiffs misrepresented the hours they actually worked.

49. Plaintiffs' claims are barred by virtue of their own acts, conduct, and/or omissions, including, but not limited to, failure to comply with the prevailing terms, conditions, policies and procedures governing Plaintiffs' employment, including failure to properly record hours worked and failure to notify Defendants that he was owed unpaid overtime.

WHEREFORE, Defendants respectfully request that the Court enter judgment in their favor and against Plaintiffs, along with costs of this action, attorneys' fees, and for such other relief as the Court deems just and proper.

### JURY TRIAL DEMAND

Defendants demand a trial by jury on all issues so triable.

LAW OFFICES BECKER & POLIAKOFF, P.A.
121 ALHAMBRAPLAZA, 10TH FLOOR • • CORAL GABLES, FL  33134
TELEPHONE (305) 262-4433

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court via CM/ECF and that a true and correct copy has been served via the CM/ECF upon: **Robert W. Brock, II, Esq., The Law Office of Lowell J. Kuvin, LLC, 17 East Flagler Street, Suite 223, Miami, Florida 33131;   [E-Service Address: robert@kuvinlaw.com; legal@kuvinlaw.com]** on this **20th** day of September, 2017.

    Respectfully submitted,

    Becker & Poliakoff, P.A
    Attorneys for Defendants
    121 Alhambra Plaza, 10th Floor
    Coral Gables, FL  33134
    (305) 262-4433 Telephone
    E-mail: Sdavis@bplegal.com

    By: _____
        Steven M. Davis
        Florida Bar # 894249

ACTIVE: BPUsers/SDAVIS:10121277_1